

# ELECTRONIC RECORD

COA # 07-12-00416-CR          OFFENSE: 3

STYLE: Preston Gerard Walker v. The State of Texas          COUNTY: Potter

COA DISPOSITION: Modified/Affirmed          TRIAL COURT: 320th District Court

DATE: 08/15/2014          Publish: No          TC CASE #: 63,870-D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Preston Gerard Walker v. The State of Texas          CCA #: 1463-14

_PRO SE_ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: 12/17/2014          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**